# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MICHAEL STEIMLE, individually; MICHAEL STEIMLE, derivatively on behalf of and in the right of AZURE HOLDING GROUP, LLC, a Wyoming Limited Liability Company, <br><br> Plaintiffs, <br><br> vs. <br><br> ANDREW THOMPSON, individually; <br><br> Defendant. | Case No. 1:24-cv-00115 <br><br> Removed from Wyoming Chancery Court No. CH-2024-0000010 |

## DECLARATION OF KEVIN TANGEN IN SUPPORT OF MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, TO STAY ENFORCEMENT

I, Kevin Tangen, declare as follows:

1. I am a co-founder and member of Azure Holding Group, LLC ("Azure Holding").

2. The other co-founders and members of Azure Holding are Michael Steimle and Andrew Thompson.

3. I own a 15% interest in Azure Holding. Mr. Thompson owns a 42.5% interest in Azure Holding. Mr. Steimle owns a 42.5% interest in Azure Holding.

4. Azure Holding is a shareholder in Azure Renewables, S.A ("Azure Renewables") with a 70% ownership interest.

5. Because of Mr. Steimle's misrepresentations and misconduct, on May 15, 2024, I and Mr. Thompson exercised our combined majority interest in Azure Holding to vote on its behalf to remove Mr. Steimle as President of Azure Renewables.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2024

                                                            _____
                                                            Kevin Tangen