# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

MICHAEL STEIMLE, individually;
MICHAEL STEIMLE, derivatively on
behalf of and in the right of AZURE
HOLDING GROUP, LLC, a Wyoming
Limited Liability Company,

              Plaintiffs,

    vs.

ANDREW THOMPSON, individually;

              Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 1:24-cv-00115

Removed from Wyoming Chancery Court
No. CH-2024-0000010

---

## DECLARATION OF GREGORY D. SMITH IN SUPPORT OF MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, TO STAY ENFORCEMENT

I, Gregory D. Smith, declare as follows:

1. I am a shareholder of Azure Renewables, S.A. ("Azure Renewables").

2. Azure Holding Group, LLC ("Azure Holding") is the largest shareholder of Azure Renewables.

3. As part of my investment in Azure Renewables, I was informed that the ownership breakdown of Azure Holding is as follows: Andrew Thompson, 42.5% ownership interest; Michael Steimle, 42.5% ownership interest; Kevin Tangen, 15% ownership interest.

4. The ownership breakdown of Azure Holding has been communicated to me in the presence of all three owners of Azure Holding without objection from Mr. Steimle or any other owner.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2024

Gregory D. Smith