# EXHIBIT 6

## IN THE CHANCERY COURT, STATE OF WYOMING

| | |
|---|---|
| Michael Steimle, individually; Michael Steimle, derivatively on behalf of and in the right of Azure Holding Group, LLC, a Wyoming Limited Liability Company,<br><br>      Plaintiffs,<br><br>vs.<br><br>Andrew Thompson, individually;<br><br>      Defendant. | Case No. CH-2024-0000010 |

WY Chancery Court
May 31 2024 01:38PM
CH-2024-0000010
73282567
N/A
**FILED**

### Order Setting Hearing on Motions for Temporary Restraining Order and Preliminary Injunction

**IT IS ORDERED** that a hearing on Plaintiffs' motions for a temporary restraining order and preliminary injunction will be held on **Thursday, June 6, 2024, at 11:30 A.M**. via Microsoft Teams. The Court will provide the Microsoft Teams meeting details separately by email.

Plaintiff shall promptly serve copies of this Order and the email with Microsoft Teams meeting details on any parties to this action, including any parties subsequently joined, who did not receive a Notice of Electronic Filing of this Order through the electronic filing system. Service shall be made by reliable electronic means or overnight mail.

**Dated**: 05/31/2024

                                      /s/ Steven K Sharpe
                                      Chancery Court Judge