

**FILED**

4:20 pm, 6/3/24

**Margaret Botkins**
**Clerk of Court**

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

MICHAEL STEIMLE, individually;
MICHAEL STEIMLE, derivatively on behalf
of and in the right of AZURE HOLDING
GROUP, LLC, a Wyoming limited liability
company,

    Plaintiffs,

v.

ANDREW THOMPSON, individually,

    Defendant.

Case No. 24-CV-114-ABJ

## ORDER STAYING ENFORCEMENT OF EX PARTE TEMPORARY RESTRAINING ORDER PENDING HEARING

    This matter comes before the Court on the Defendant's Emergency Motion to Dissolve Ex-Parte Temporary Restraining Order or, in the Alternative, to Stay Enforcement. (ECF 5.) Having considered the motion and reviewed the record herein, the Court finds enforcement of the Emergency Temporary Restraining Order (TRO) entered by the Wyoming Chancery Court on Friday, May 31, 2024, should be stayed pending a hearing.

    On Friday, May 31, 2024, shortly prior to the notice of removal filed in this case (ECF 1), the Wyoming Chancery Court entered an ex parte TRO requiring Defendant to take certain action by 5:00 p.m. today, Monday, June 3, 2024 (ECF 5-5). After the TRO was entered, Defendant removed the action from Chancery Court to this Court, and the matter was randomly assigned to the Honorable Alan B. Johnson, who is currently out of the country and largely unreachable.

    The Chancery Court entered that TRO on the basis that it appeared Plaintiff Michael

Steimle and Defendant were equal 50/50 controlling members of Nominal Plaintiff Azure Holding Group, LLC. (*See* ECF 5-5 p. 3.) Defendant's instant motion offers evidence in the form of declarations under penalty of perjury showing Nominal Plaintiff Azure Holding Group is actually owned by three members, with none of them owning a singularly controlling interest. (ECF 5-1, 5-2, 5-3, 5-4.) Accordingly, Defendant has cast enough doubt on Plaintiff Steimle's assertions underlying the ex parte TRO to warrant a stay of the TRO until Judge Johnson can hold a hearing and more fully consider the matter. That hearing will occur on Friday, June 7, 2024, which is the Court's earliest availability.

**IT IS THEREFORE ORDERED** that Defendant Andrew Thompson's Emergency Motion to Dissolve Ex-Parte, Temporary Restraining Order or, in the Alternative, to Stay Enforcement (ECF 5) is **GRANTED IN PART AND DENIED IN PART**. The enforcement of the Order on Motion for Emergency Temporary Restraining Order entered on May 31, 2024, by the Wyoming Chancery Court is hereby **STAYED** pending a hearing on the matter.

**IT IS FURTHER ORDERED** that a hearing on whether to enforce or dissolve the Emergency Temporary Restraining Order is hereby set for **Friday, June 7, 2024, commencing at 9:30 a.m.** The hearing shall be in person in Cheyenne Courtroom No. 2 before the Honorable Alan B. Johnson.

ORDERED: June 3rd, 2024 – 4:02 p.m.

Scott W. Skavdahl, United States District Judge, for
Alan B. Johnson, United States District Judge