

Andrew Thompson

Exhibit 4

CONFIDENTIAL

# Corporate Entities

## Azure Renewables, S.A.

Established as a Sociedad Anónima in the Republic of Costa Rica, Azure Renewables, S.A. is the operating entity though which development in Costa Rica takes place.  Azure Renewables operates within a Free Trade Zone (Zona Franca) in the Guanacaste region of Costa Rica.  Azure Renewables is owned by Azure Holding Group, LLC and CostaMerica Capital, LLC and is operated by Michael W. Steimle, J. Andrew Thompson, and Kevin S. Tangen.

Corporate Address:  Centro Emresarial Forum I, Edificio B, Segundo Piso, Pozos, San José, Santa Ana, 10903, Costa Rica

URL:  www.AzureRenew.com

## Azure Holding Group, LLC

Established as a Limited Liability Company in the State of Wyoming, Azure Holding Group, LLC is a holding company, owned equally (50/50) by Michael W. Steimle and J. Andrew Thompson (or their respective assigns).  Azure Holding Group, LLC owns seventy percent (70%) of Azure Renewables, S.A.  Mr. Steimle and Mr. Thompson manage the company equally.

Corporate Address:  1309 Coffeen Avenue, STE 1200, Sheridan Wyoming, 82801

## Azure Development Company, LLC

Established as a Limited Liability Company in the State of Delaware, Azure Development Company, LLC is the conduit for advancing projects within the Azure Group of Companies, owned as a subsidiary of Azure Holding Group, LLC,  Mr. Steimle and Mr. Thompson manage the company equally.

Corporate Address:  8 The Green, Suite A, Dover Delaware, 19901