

**From:** Michael Steimle
**Sent:** Saturday, March 2, 2024 12:05 PM
**To:** Andrew Thompson <andrew.thompson@azurerenew.com>
**Subject:** RE: Form 5471

Yes I will call. Give me a few, grilling a pork chop.
Wasn't sure why Kevin was included

**From:** Andrew Thompson <andrew.thompson@azurerenew.com>
**Sent:** Saturday, March 2, 2024 12:04 PM
**To:** Michael Steimle <michael.steimle@azurerenew.com>
**Subject:** Re: Form 5471

Yes, that's what's on the registration. Nothing has changed from when I initially set it up.

Part in parcel to my comment about 5471

If you want to call me, this is more a me and you discussion.

Get Outlook for iOS

**From:** Michael Steimle <michael.steimle@azurerenew.com>
**Sent:** Saturday, March 2, 2024 1:02:52 PM

Exhibit 8

**To:** Andrew Thompson <andrew.thompson@azurerenew.com>
**Subject:** RE: Form 5471

To my knowledge, Azure Holding, LLC is 50-50 between you and I still, correct?

---

**From:** Andrew Thompson <andrew.thompson@azurerenew.com>
**Sent:** Saturday, March 2, 2024 11:45 AM
**To:** Kevin Tangen <kevin.tangen@azurerenew.com>; Michael Steimle <michael.steimle@azurerenew.com>
**Subject:** Form 5471

Can we three catch up for like 5 minutes today.  Want to explain Form 5471 and why I don't want to file it for Holdings this year.

I'm around all day.

2