IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MICHAEL STEIMLE, individually; MICHAEL STEIMLE, derivatively on behalf of and in the right of AZURE HOLDING GROUP, LLC, a Wyoming Limited Liability Company,<br><br>        Plaintiffs,<br>vs.<br><br>ANDREW THOMPSON, individually;<br><br>        Defendant. | Case No. 2:24-cv-00114-ABJ<br><br>State Court Case No. CH-2024-0000010 |

**DEFENDANT'S NOTICE OF FILING CERTIFIED TRANSLATED DOCUMENTS**

Defendant, Andrew Thompson, through undersigned counsel, hereby gives notice of filing the following certified English translation:

1. Attached as Exhibit A to this Notice is the certified translation from Spanish to English version of the Legal Book – Shareholder Assembly Azure Renewables S.A. Shareholders' Meeting Minutes document, which includes of a Certificate of Accuracy, the translated English version and the original Spanish version of the document.

Dated June 14, 2024.

*s/ Ghislaine G. Torres Bruner*
Ghislaine G. Torres Bruner (7-5974)
Rin Karns (6-4114)
**SQUIRE PATTON BOGGS (US) LLP**
717 17th Street, Suite 1825
Denver, CO 80202
Telephone: +1 303 830 1776
Email: ghislaine.bruner@squirepb.com
            rin.karns@squirepb.com

*Attorneys for Defendant Andrew Thompson*

2

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing **DEFENDANT'S NOTICE OF FILING CERTIFIED TRANSLATED DOCUMENTS** was served on the following counsel of record via the Court's electronic filing system and by email on June 14, 2024.

    Robert J. Walker (7-4715)
    John M. Walker (5-2224)
    WALKER LAW, LLP
    P.O. Box 22409
    Cheyenne, WY 82003
    (307) 529-2255
    Email: Robert@WyoCounsel.com

                                                */s/* Ghislaine G. Bruner
                                                Ghislaine G. Bruner