# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**



4:23 pm, 6/14/24

**Margaret Botkins**
**Clerk of Court**

---

MICHAEL STEIMLE et al

Plaintiffs,

vs.

ANDREW THOMPSON

Defendant.

Case Number: 24-CV-114-J

## CIVIL MINUTE SHEET - MOTION HEARING

Date: Jun 14, 2024     Time: 2:43 p.m. - 4:12 p.m.

| Alan B. Johnson | Abby Logan | Melanie Sonntag | Nicolas Spanos |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)     Robert Walker

Attorney(s) for Defendant(s)     Orintha Karns, Ghislaine Brunner

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 17 | Temporary Restraining Order | |

☐ Briefs to be filed on or before           by
                                             by

☑ Order to be prepared by ☑ Court   ☐ Attorney

Other:
Plaintiff appeared in person.  Defendant appeared via ZOOM.

Jurisdictional issues argued in addition to Motion for Temporary Restraining Order.  Counsel to supplement their presentations today with briefing on the jurisdictional issues and those shall be due 6/21/24.  No responses to briefing will be permitted.